```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANNAMARIA GIRARDI,                                          :
                                                            :
                              Plaintiff,                    :
                                                            :
                -against-                                   :
                                                            :
FERRARI EXPRESS, INC., et. al.,                             :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2020

20-CV-4298 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 14, 2020, Defendant Ferrari Express, Inc. filed a motion to dismiss the first amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6).  (Doc. 8.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by August 4, 2020.  It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by August 13, 2020.  Defendant's reply, if any, shall be served by August 27, 2020.  At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: July 15, 2020
      New York, New York

Vernon S. Broderick
United States District Judge